**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Adam Jensen,<br><br>        Petitioner,<br><br>v.<br><br>United States District Court for the District of Arizona, et al.,<br><br>        Respondents. | No. CV-25-00600-TUC-JGZ<br><br>**ORDER** |

On October 27, 2025, Petitioner Jason Adam Jensen, proceeding pro se, filed a Petition for Writ of Mandamus. (Doc. 1.) The Petition names as Respondent the United States District Court for the District of Arizona and numerous "real parties in interest," including the State of Arizona, City of Willcox, Willcox Police Force, Days Inn, Texaco, Tucson Police Department, Arizona Adult Protective Services, Community Bridges, Pima County, and Northern Cochise Community Hospital.

Although filed in this Court as a separate action, the caption includes and suggests that Petitioner seeks relief from the United States Court of Appeals for the Ninth Circuit, not this Court. Petitioner asks the Ninth Circuit Court of Appeals to direct this Court to vacate General Order 18-19 or direct the District Court to immediately grant Petitioner's "Motion for Issuance of Subpoenas Duces Tecum" in a different case pending before this Court (CV-25-464-TUC-JGZ), and to direct the Clerk of this Court to issue blank subpoenas to Petitioner under Federal Rule of Civil Procedure 45(a)(3) upon request.[1]  A

---

[1] The address for filing documents with the Ninth Circuit Court of Appeals is: U.S. Court of Appeals for the Ninth Circuit, P.O. Box 193939, San Francisco, CA 94119-3939.

federal district court lacks authority to issue a writ of mandamus to itself or to another district court. *Mullis v. U.S. Bankr. Ct. for Dist. of Nevada*, 828 F.2d 1385, 1393 (9th Cir. 1987). Because the Court lacks jurisdiction to issue a writ of mandamus under the circumstances presented here, the Petition will be dismissed.[2]

Accordingly,

**IT IS ORDERED:**

1. Petitioner's Petition for Writ of Mandamus (Doc. 1) is **dismissed** for lack of jurisdiction.

2. The Clerk of Court shall enter judgment accordingly and close this case.

Dated this 30th day of October, 2025.

*Jennifer G. Zipps*
Chief United States District Judge

---

[1] Information for self-represented litigants, including filing forms, is available at: https://www.ca9.uscourts.gov/forms/pro-se-litigants/.

[2] Petitioner neither paid the required filing fee nor filed an application to proceed in forma pauperis. Under 28 U.S.C. § 1914(a), the Clerk cannot file a civil action without prepayment of the filing fee, and under § 1915(a), failure to seek leave to proceed in forma pauperis provides an additional basis for dismissal. The Petition is therefore subject to dismissal on this ground as well.